FRED NORTON (CA SBN 224725)
fnorton@nortonlaw.com
BREE HANN (CA SBN 215695)
bhann@nortonlaw.com
ESTHER CHANG (CA SBN 258024)
echang@nortonlaw.com
THE NORTON LAW FIRM PC
299 Third Street, Suite 106
Oakland, CA 94607
Telephone: (510) 906-4907

Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORACLE AMERICA, INC., a Delaware corporation and ORACLE INTERNATIONAL CORPORATION, a California corporation, | Case No. _____ |
|---|---|
| Plaintiffs, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT** |
| v. | DEMAND FOR JURY TRIAL |
| ENVISAGE TECHNOLOGIES, LLC, a Delaware corporation, | |
| Defendants. | |

1

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs Oracle America, Inc. and Oracle International Corporation (collectively, "Oracle") allege as follows:

**PARTIES**

1. Plaintiff Oracle America, Inc. ("Oracle America") is a corporation organized under the laws of the State of Delaware with its principal place of business at 500 Oracle Parkway, Redwood Shores, California 94065. Oracle America develops and licenses certain intellectual property, including Oracle Database, its database management software, and provides related support and consulting services to its licensed customers.

2. Plaintiff Oracle International Corporation ("Oracle International") is a corporation organized under the laws of the State of California with its principal place of business at 500 Oracle Parkway, Redwood Shores, California 94065. Oracle International owns and licenses certain intellectual property, including Oracle Database. Oracle International, either on its own or jointly with Oracle America (depending on the registration), holds all interest, right, and title to the copyrights in Oracle Database and the right to bring claims for infringement of those copyrights.

3. Defendant Envisage Technologies, LLC ("Envisage") is a corporation organized under the laws of the State of Delaware with its headquarters and principal place of business at 101 West Kirkwood Avenue, Suite 200, Bloomington, Indiana 47404. On information and belief, Envisage conducts substantial business operations and has customers around the United States, including within the Northern District of California.

**JURISDICTION AND VENUE**

4. This is an action for copyright infringement arising under the Federal Copyright Act, 17 U.S.C. §§ 101 *et seq.* This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338.

5. This Court has personal jurisdiction over Envisage. On information and belief, Envisage has conducted and does conduct business within the State of California and within this judicial district. For example, Envisage is registered with the California Secretary of State to do business in California, has at least one employee who resides in the state, has acquired a California-based company, and has reported that it has a customer contract with the State of California:

- Attached as Exhibit A is a true and correct copy of a certificate of status from the Secretary of State for the State of California, verifying that Envisage "is qualified to transact intrastate business in California";
- Attached as Exhibit B is a true and correct copy of the public LinkedIn profiles of two Envisage employees based out of California, which have been redacted for privacy considerations, available at https://www.linkedin.com/search/results/people/?currentCompany=%5B%22101528%22%5D&geoUrn=%5B%22102095887%22%5D&origin=FACETED_SEARCH (last accessed May 7, 2021);
- Attached as Exhibit C is a true and correct copy of a press release, dated April 19, 2018, announcing Envisage's "acquisition of the California-based company, VaultRMS," available at https://www.envisagenow.com/resource/envisage-adds-exposure-tracker-to-growing-line-of-first-responder-solutions (last accessed May 7, 2021); and
- Attached as Exhibit D is a true and correct copy of an Envisage press release, dated February 14, 2017, announcing that "it ha[d] been awarded a new contract by the State of California's Department of State Hospitals (DSH)," available at https://www.envisagenow.com/resource/state-of-california-awards-new-contract-to-indiana-based-envisage-technologies (last accessed May 7, 2021).

6. Envisage, directly or through intermediaries, makes, distributes, offers for sale or license, sells or licenses, or advertises its products and services in the United States, the State of California, and the Northern District of California.

7. Venue is proper in the Northern District of California under 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to the claim and the actual harm to Oracle occurred in this district, where Oracle America and Oracle International are headquartered, by reason of Envisage's conduct. Venue is further proper under 28 U.S.C. § 1400(a), as Envisage is subject to personal jurisdiction within this district.

**INTRADISTRICT ASSIGNMENT**

8. This action is an Intellectual Property Action, as it arises under the copyright laws of the

United States and implicates Oracle's intellectual property rights, and should thus be assigned on a district-wide basis under Civil Local Rule 3-2(c).

## BACKGROUND

**A.     Oracle's Industry-Leading Software**

9.      Oracle is a global leader in database management software and technology, cloud-engineered systems, and enterprise software products.

10.     One of Oracle's flagship products is Oracle Database, a software product designed to enable reliable and secure storage, retrieval, and manipulation of all forms of data, which has become the world's most popular enterprise database.

11.     Oracle Database is licensed throughout the world by businesses and organizations of different sizes for a multitude of purposes, including, among others:  for use within the Oracle Cloud to deliver Oracle Cloud Software-as-a-Service and Infrastructure-as-a-Service offerings; for use by a number of cloud-based vendors in offering their cloud services; for packaged and custom applications for transaction processing; and for data warehousing and business intelligence.

12.     Oracle Database may be deployed in various information technology ("IT") environments, including Oracle Cloud and Oracle Cloud at Customer environments, other cloud-based IT environments, and on-premises data centers, among others.

13.     Oracle currently licenses Oracle Database in different editions, including Standard Edition 2 ("Database SE2") and a more robust (and expensive) Enterprise Edition ("Database EE"). Oracle also offers specialized database products that supplement or complement Oracle Database EE and address particular customer requirements, including MySQL, Oracle TimesTen In-Memory Database, Oracle Berkeley DB, and Oracle NoSQL Database.

14.     Oracle is the owner or exclusive licensee of the copyrights and copyright applications for Oracle Database.[1]  The works are properly registered with the United States Copyright and Trademark Office, as alleged in more detail below.

---

[1] Because Database SE shares the same code base as Database EE, Oracle's "Oracle Database" copyright registration covers both Database SE and Database EE.  *See infra* ¶ 30 (table of copyright registrations).

4

COMPLAINT FOR COPYRIGHT INFRINGEMENT

15. As part of its business, Oracle licenses Oracle Database to midstream and end users. At different times, Oracle has offered perpetual licenses, which continue until terminated, and term licenses, which end at a specific time. Customers must purchase support and maintenance services for the first year of an Oracle Database license, and then have the option to renew.

**B.  Envisage's Unauthorized Use of Oracle Database**

16. Envisage is an independent software vendor ("ISV"). An ISV is an organization that specializes in developing, marketing, and selling software solutions, as opposed to computer hardware. In particular, Envisage develops software directed to the needs of public safety leaders. Its Acadis Readiness Suite software is advertised as providing software solutions for training, compliance, internal affairs case management, professional development, legal defensibility, and public accountability.

17. On information and belief, Envisage's software offering can be hosted on cloud platforms, such as Amazon Web Services ("AWS").

18. In 2006, Envisage purchased from Oracle a perpetual license and support services for Oracle Database Standard Edition 1 ("Database SE1") for $8,500, as an initial pilot for one account. (Database SE1 was a predecessor to Database SE2. Oracle has not offered new licenses for Database SE1 since 2015.) Under that license, Envisage was and is entitled to run Database SE1 on two processors, with internet hosting rights, which permit Envisage to offer the programs to their end users for those end users' internal business operations. Other than its 2006 Database SE1 purchase, Envisage has no other supported licenses, products, or services from Oracle.

19. On information and belief, Envisage hosts data for large customer accounts, including federal, state, and local government entities that typically have large workloads. The landing page for Envisage's website states that it services "over 2 million public safety professionals and 11,000 agencies." Attached as Exhibit E is a true and correct copy of the landing page for Envisage's website, available at https://www.envisagenow.com (last accessed May 7, 2021). Also attached as Exhibit F is a true and correct copy of a public document noting the number of Envisage customers ("over 2 million first responders and 11,000 agencies") as of March 23, 2021, available at https://www.publicworks.com/doc/envisage-technologies-acquires-industry-leading-early-intervention-solution-0001 (last accessed May 7, 2021). On information and belief, to host this data for this customer

base, Envisage would require more than two processors running Oracle Database SE1, but, as noted above, it is licensed for at most two processors.

20. On information and belief, Envisage deploys its applications on Amazon Relational Database Service ("Amazon RDS"), a platform hosted by AWS. Amazon RDS allows companies to set up, operate, and scale a relational database in the cloud and is available for several database instance types, including Oracle Database.

21. The AWS terms and conditions prohibit customers from hosting proprietary applications on Amazon RDS using Oracle Database unless they own the appropriate supported Oracle Licenses purchased from Oracle. Attached as Exhibit G is a true and correct copy of the AWS terms and conditions, available at https://aws.amazon.com/service-terms/ (last accessed May 7, 2021).

22. When an Amazon RDS customer uses Oracle Database for which it has a license purchased directly from Oracle, Amazon requires that RDS customer to have a supported license to at least Oracle Database SE2, regardless of the number of processors used by the customer. Further, for instances utilizing more than eight CPUs, Oracle's licensing requires an Amazon RDS customer to have a license to Oracle Database EE. Envisage, however, despite hosting its applications on Amazon RDS, has at most a license only to Oracle Database SE1.

23. On information and belief, Envisage promotes its use of Oracle Database to provide its software services, including its Acadis Readiness Suite. True and correct copies of such advertisements in publicly available materials, as described below, are attached as Exhibits H-M.

- Attached as Exhibit H is a true and correct copy of the Envisage website as of January 16, 2021, available at https://web.archive.org/web/20210116135926/https://www.envisagenow.com/acadis/it-security (last accessed May 7, 2021) ("The Acadis Readiness Suite runs on Envisage software, using Windows and Oracle licenses, in a high-security FedRAMP-compliant cloud environment and employs developers trained to recognize security vulnerabilities in coding.");

- Attached as Exhibit I is a true and correct copy of the contract between Envisage and the General Services Administration, effective January 4, 2021, and covering the period from

October 24, 2017, to October 23, 2022, available at https://www.gsaadvantage.gov/ref_text/GS35F0058N/0VVIPR.3RLVOI_GS-35F-0058N_ENVISAGETECHNOLOGIESLLCGS35F0058N.PDF (last accessed May 7, 2021) (stating on page 20 that "Envisage manages the entire hardware-software system environment in our FISMA-Conformant secure cloud framework, (Microsoft Windows server environment and the Oracle database) and provides all upgrades and enhancements to Acadis and licensed modules") (stating on page 24 that "[t]he Acadis Readiness Suite and related data are hosted within our Secure-cleared SecureCloud environment and servers are administered by Oracle and Microsoft professionals possessing government security clearances" and that "[the Acadis Online Cloud] option has reduced the cost of ownership for our clients, as they are not required to purchase server hardware, operating systems or Oracle database software, as well as reducing the need for additional and often expensive IT staff");

- Attached as Exhibit J is a true and correct copy of an Acadis Architecture and Security document on Envisage's website, available at https://info.acadis.com/wp-content/uploads/2019/11/Envisage_AcadisCutSheets-Framework.pdf (last accessed May 7, 2021) ("As a turnkey solutions provider, we run Acadis software on our hardware, using our Windows® and Oracle® licenses at our government secure-cleared facility. Then, through our secure web interface, you can instantly access all your Acadis modules.");

- Attached as Exhibit K is a true and correct copy of a form Statement of Work by Envisage Technologies, dated January 15, 2021, available at https://assets.website-files.com/5efe8d5b3863087cccf8b544/6009c90df3b0cf34123b7ca8_SOW-2021.pdf (last accessed May 7, 2021) ("Contractor will provide the Client with a hosted instance of Acadis in a secure Amazon Web Services GovCloud environment, including all modules listed herein, as well as the most current Windows operating systems and Oracle database.")

- Attached as Exhibit L is a true and correct copy of Envisage's service contract award with the State of Nebraska, dated December 12, 2019, available at https://das.nebraska.gov/materiel/purchasing/contracts/pdfs/89112(o4)awd.pdf (last accessed May 7, 2021) ("Envisage will provide the Nebraska State Patrol with a hosted instance of our software solution, including the setup of the Acadis environment, modules included in this SOW (Item 4 Acadis Modules), Windows operating systems, and Oracle 12c."); and

- Attached as Exhibit M is a true and correct copy of Envisage's technical proposal submission to the State of West Virginia, Military Affairs and Public Safety Division of Criminal Justice, dated June 24, 2011, available at http://www.state.wv.us/Admin/Purchase/Bids/FY2011/B_CJH201101_01.pdf (last accessed May 7, 2021) (stating on page 45 that "[t]he Acadis database runs on Oracle 10g (10.2.0.x). We are currently completing testing of Oracle 11g and plan to adopt this version in the next three (3) months. Acadis using Oracle on Windows preferred, but Linux is supported.").

24. On information and belief, Envisage is using its unlicensed access to Oracle Database to obtain subscription revenue from its customers. On information and belief, to provide its software and services as advertised, Envisage is running Oracle Database on eight or more processors as an Amazon RDS customer.

C. **Oracle's Attempts to Settle the Licensing Dispute with Envisage**

25. In March 2021, Oracle became concerned that Envisage was using the copyrighted Oracle Database software without an appropriate license. Upon discovering Envisage's unauthorized use of Oracle Database, Oracle immediately notified Envisage, asking it to license the software it was using and to pay for its past, unauthorized use. Although Envisage initially agreed to discussions, it later refused to engage. Envisage has not paid Oracle for a license to either Database SE2 or Database EE.

26. On April 21, 2021, Envisage notified Oracle that, absent a lawsuit, it would not engage in discussion regarding its use of Oracle Database or its licenses to the software. On information and belief, Envisage has continued to use Oracle Database since learning of Oracle's contentions that

Envisage is using the software without a license.

27. Because Envisage has refused to engage in discussions, Oracle does not yet know the details of Envisage's software architecture. On information and belief, given the magnitude of its customer base and the hosting services it provides through Amazon RDS, Envisage's use of the Oracle Database exceeds the scope of the license that Envisage purchased in 2006 to use Database SE1, a license planned for use for one account as a pilot. On information and belief, the scope and nature of Envisage's use requires a license for at least Oracle Database SE2 and, more likely, for Oracle Database EE. Envisage, however, never obtained a license or authorization from Oracle directly or indirectly to use either Oracle Database SE2 or EE. Upon information and belief, Envisage's 2006 Database SE1 license does not authorize its current use of Oracle Database through Amazon RDS.

## FIRST CAUSE OF ACTION

**Copyright Infringement Under 17 U.S.C. §§ 101 *et seq.* and 17 U.S.C. §§ 501 *et seq.***

28. Oracle incorporates by reference each of the preceding paragraphs 1-27 as if fully set forth herein.

29. Oracle owns valid and enforceable copyrights in all its software products, including Oracle Database, which are creative works of original authorship and copyrightable subject matter. Oracle has owned these copyrights throughout the time of Envisage's infringement.

30. In compliance with the Copyright Regulations, Oracle has registered or filed with the Copyright Office copyright applications, registration fees, and deposits of Oracle Database. Oracle is the owner or exclusive licensee of all right, title, and interest to the registrations and copyright applications for Oracle Database, as described below:

| Title of Work | Registration Number | Date Issued |
|---|---|---|
| Oracle Database 10g Release 1 | TX 6-938-648 | January 16, 2009 |
| Oracle Database 10g Release 2 | TX 6-942-003 | June 29, 2009 |
| Oracle Database 11g Release 1 | TX 7-324-157 | March 24, 2011 |
| Oracle Database 11g Release 2 | TX 7-324-158 | March 24, 2011 |
| Oracle Database 12c Release 1 (12.1) | TX 8-188-258 | May 9, 2016 |
| Oracle Database 18c (18.3) | TX 8-843-054 | February 26, 2020 |
| Oracle Database 19c (19.3) | TX 8-843-065 | February 26, 2020 |

31. As the owner or exclusive licensee of the copyrights in Oracle Database, Oracle enjoys the exclusive right to, among other things, reproduce, make derivative works of, display, and distribute Oracle Database. 17 U.S.C. §§ 101, 106.

32. Envisage is not authorized to reproduce, distribute, make derivative works from, or display the Oracle Database on Amazon RDS, or on more than two processors under its 2006 pilot license to Database SE1. Envisage is not authorized to reproduce, distribute, make derivative works from, and/or display the Oracle Database software except as authorized by its license to Oracle Database SE1 on two processors. On information and belief, Envisage does not have the appropriate Oracle Database license to offer its Acadis Readiness Suite software or other software products through Amazon RDS.

33. Through the acts described above, Envisage has violated Oracle's exclusive rights to reproduce, distribute, make derivative works from, and/or display the Oracle Database. For example, Envisage is using the copyrighted Oracle Database software on more than two processors and on Amazon RDS, uses for which Envisage does not have the appropriate license.

34. Envisage has been, or should have been, aware of the existence of Oracle's copyrights in the Oracle Database. On information and belief, Envisage also knew it did not have the appropriate license or authorization to use the Oracle Database beyond that for which it had a license, as its purchase in 2006 was planned for use with one account as a pilot. When Oracle brought the unauthorized use to Envisage's attention, Envisage declined to procure the necessary licenses and has continued to infringe Oracle's rights in its copyrighted software. Envisage is therefore a willful infringer of Oracle's copyrights and exclusive rights and subject to treble damages.

35. Oracle has been damaged as a result of Envisage's copyright infringement, based on at least Envisage's failure to pay license, maintenance, and support fees related to its use of Oracle Database beyond that for which Envisage has a license. Oracle estimates it has lost approximately $3,000,000.00 in licensing and annual support fees through Envisage's infringement. Further, on information and belief, Envisage has generated profits through its unauthorized use of the Oracle Database. Oracle is entitled to recover from Envisage the profits Envisage generated through its infringement of Oracle's copyrights in Oracle Database. Finally, Oracle may elect to recover statutory

damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Oracle respectfully prays for judgment in its favor against Envisage as follows:

a.  Entry of judgment holding Envisage liable for infringement of the copyrights at issue in this litigation;

b.  An order awarding Oracle all damages resulting from Envisage's infringement of the copyrights at issue in this litigation, including Oracle's actual damages, Envisage's profits, treble damages from willful infringement, and/or statutory damages pursuant to 17 U.S.C. § 504, together with prejudgment and post-judgment interest;

c.  An accounting of all gains, profits, and advantages derived by Envisage from its copyright infringement, pursuant to 17 U.S.C. § 504;

d.  Trebling of damages under 35 U.S.C. § 284 in view of the willful and deliberate nature of Envisage's infringement of copyrights at issue in this litigation;

e.  An order awarding Oracle its costs and attorneys' fees pursuant to 35 U.S.C. § 285 and 17 U.S.C. § 505; and

f.  Any and all other legal and equitable relief as the Court may deem proper.

Dated: May 11, 2021                              Respectfully submitted,

                                                 THE NORTON LAW FIRM PC

                                          By:    */s/Fred Norton*
                                                 Fred Norton
                                                 Attorneys for Plaintiffs
                                                 ORACLE AMERICA, INC. and
                                                 ORACLE INTERNATIONAL CORPORATION

## **DEMAND FOR JURY TRIAL**

Pursuant to Civil Local Rule 3-6 and Federal Rule of Civil Procedure 38, Plaintiffs Oracle America, Inc. and Oracle International Corporation hereby demand a trial by a jury on all issues triable by a jury.

Dated: May 11, 2021

Respectfully submitted,

THE NORTON LAW FIRM PC

By: */s/Fred Norton*
Fred Norton
Attorneys for Plaintiffs
ORACLE AMERICA, INC. and
ORACLE INTERNATIONAL CORPORATION